
RECEIVED
IN MONROE, LA
MAY 0 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | CIVIL ACTION NO. 05-1158 |
| VERSUS | * | JUDGE JAMES |
| UNIVERSITY OF LOUISIANA AT MONROE | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Defendant's Motion to Dismiss (Doc. #4) is **GRANTED** and all claims against the University of Louisiana at Monroe be **DISMISSED WITH PREJUDICE for failure to state a claim for which relief can be granted.**

THUS DONE AND SIGNED this 5 day of May, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION